# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2008

136951

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DANIEL LEROY SANDERS,
        Defendant-Appellant.

_____/

SC: 136951
COA: 284764
Wayne CC: 87-001671-FY

On order of the Court, the application for leave to appeal the June 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008

_____
Clerk

p1211